THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Keith Renard Bradley, Appellant.
 
 
 
 
 

Appeal From Charleston County
Benjamin H. Culbertson, Circuit Court Judge

Unpublished Opinion No. 2010-UP-007
 Submitted January 4, 2010  Filed January
21, 2010    

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz,
 III, South Carolina Commission on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald
 J. Zelenka, Office of the Attorney General, of Columbia; Scarlett Anne Wilson, Ninth
 Circuit Solicitors Office, of Charleston, for Respondent.
 
 
 

PER
 CURIAM:  Appellant, Keith Renard
 Bradley, was indicted for and convicted of murder.  The trial court sentenced
 Bradley to life imprisonment.  Bradleys
 counsel attached to the brief a petition to be relieved as counsel, stating
 that he had reviewed the record and concluded this appeal lacks merit.  Bradley
 filed a separate pro se brief.  After a thorough review of the record
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HUFF, A.C.J., GEATHERS,
 J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.